1  BENJAMIN B. WAGNER
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for the United States
7

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROLAND MAYO, II, DELANIA KENTON, AND SYNTHEA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  2:15-cv-01348-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND JOINT STATUS REPORT DUE DATE** |
|---|---|

The Complaint in this case was filed June 24, 2015.  (*See* Dkt. No. 1.)  The following day, this Court issued a Scheduling Order (Dkt. No. 2) requiring a Joint Status Report within 60 days of service of the Complaint.  The Complaint was served on or about August 3, 2015, meaning that both the United States' responsive pleading and the Joint Status Report are due October 2, 2015.  *See* Fed. R. Civ. P. 4(i).  No previous extensions have been requested.  The parties have met and conferred to discuss settlement of the case, and a resolution without further litigation appears possible.

Therefore, pursuant to Civil Local Rule 143, the parties stipulate, and hereby propose, that the due date for the responsive pleading and the Joint Status Report be continued 45 days, up to and including November 16, 2015.  Should the matter settle, the parties will immediately advise the Court in compliance with Civil Local Rule 160.

/////

/////

**Stip. & Order for Initial Extension;** *Mayo v. United States*                                                                1

Respectfully submitted,

DATED: September 30, 2015

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

KERSHAW, CUTTER & RATINOFF, LLP

By: */s/ John R. Parker, Jr.* (authorized on 09/30/2015)
JOHN R. PARKER, JR.
Counsel for Plaintiffs

**IT IS SO ORDERED.**

**Dated:  October 1, 2015**

Troy L. Nunley
United States District Judge