BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MAYO, II, DELANIA KENTON, AND SYNTHEA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  2:15-cv-01348-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND JOINT STATUS REPORT DUE DATE** |

The Complaint in this case was filed June 24, 2015.  (*See* Dkt. No. 1.)  The following day, this Court issued a Scheduling Order (Dkt. No. 2) requiring a Joint Status Report within 60 days of service of the Complaint.  A responsive pleading and Joint Status Report are currently due November 16, 2015, upon the first and only extension granted by the Court.  (*See* Docket Entry No. 7).  The parties have met and conferred to discuss settlement of the case, and a resolution without further litigation appears possible.  The parties are currently evaluating the advisability and potential schedule for a settlement conference, and will advise the Court if they set a date.  Given the progress towards resolution, it would be more efficient to continue the due date for a responsive pleading and Joint Status report by 30 days, up to and including December 16, 2015.

Therefore, pursuant to Civil Local Rule 143, the parties stipulate, and hereby propose, that the due date for the responsive pleading and the Joint Status Report be continued 30 days, up to and including December 16, 2015.  Should the matter settle, the parties will immediately advise the

1 | Court in compliance with Civil Local Rule 160.

2 | Respectfully submitted,

3 | DATED: November 16, 2015

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Gregory T. Broderick*
      GREGORY T. BRODERICK
      Assistant United States Attorney


KERSHAW, CUTTER & RATINOFF, LLP

By:   */s/ John R. Parker, Jr.* (authorized on 11/16/2015)
      JOHN R. PARKER, JR.
      Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated:  November 19, 2015

_____
Troy L. Nunley
United States District Judge