1  BENJAMIN B. WAGNER
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for the United States

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10 ROLAND MAYO, II, DELANIA          CASE NO.  2:15-cv-01348-TLN-CKD
   KENTON, AND SYNTHEA JONES,
11                                    **STIPULATION AND ORDER TO**
              Plaintiffs,             **CONTINUE SCHEDULING**
12                                    **CONFERENCE AND JOINT STATUS**
        v.                            **REPORT DUE DATE**
13
   UNITED STATES OF AMERICA,
14
              Defendant.
15

16

17       The Complaint in this case was filed June 24, 2015.  (*See* Dkt. No. 1.)  The following day,

18 this Court issued a Scheduling Order (Dkt. No. 2) requiring a Joint Status Report within 60 days of

19 service of the Complaint.  A responsive pleading and Joint Status Report are currently due December

20 16, 2015, after two extensions granted by the Court so that the parties could pursue settlement.  (*See*

21 Dkt. No. 7).  The parties have met and conferred to discuss settlement of the case, and a resolution

22 without further litigation appears likely.  A settlement conference is presently set before the Hon.

23 Carolyn K. Delaney on December 21, 2015 at 9:30 a.m.  Given the progress towards, and likelihood

24 of, resolution, the parties believe it would be more efficient to continue the due date for a responsive

25 pleading and Joint Status report to shortly after the settlement conference, in case the matter does not

26 resolve.

27       Therefore, pursuant to Civil Local Rule 143, the parties stipulate, and hereby propose, that

28 the due date for the responsive pleading and the Joint Status Report be continued by seven (7) days,

**Third Stip. & Order for Extension;** *Mayo v. United States*                                                    1

1  up to and including December 23, 2015. Should the matter settle, the parties will immediately

2  advise the Court in compliance with Civil Local Rule 160.

3  Respectfully submitted,

4  DATED: December 10, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

5                                               By:     */s/ Gregory T. Broderick*
                                                        GREGORY T. BRODERICK
6                                                       Assistant United States Attorney

7

8                                               KERSHAW, CUTTER & RATINOFF, LLP

9                                               By:     */s/ John R. Parker, Jr.* (authorized on 12/10/2015)
                                                        JOHN R. PARKER, JR.
10                                                      Counsel for Plaintiffs

**Third Stip. & Order for Extension;** *Mayo v. United States*                           2

1
2  **IT IS SO ORDERED.**
3
4  Dated:  December 15, 2015
5
6
7                                                    Troy L. Nunley
                                                     United States District Judge
8

**Third Stip. & Order for Extension;** *Mayo v. United States*                                                                                               3