**CUTTER LAW, P.C.**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 669-4499
E-mail:  bcutter@cutterlaw.com
         jparker@cutterlaw.com

Attorneys for *Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MAYO, II, DELANIA KENTON, and SYNTHEA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, VETERAN'S ADMINISTRATION NORTHERN CALIFORNIA HEALTH CARE, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01348-TLN-CKD<br><br>**APPLICATION AND PROPOSED ORDER TO APPOINT DEVECIA MAYO AS GUARDIAN AD LITEM FOR PLAINTIFF ROLAND MAYO, II.** |

### DECLARATION OF JOHN R. PARKER, JR. IN SUPPORT OF APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

I, John R. Parker, Jr., declare as follows:

   1. I am an attorney at law licensed to practice before all Courts of the State of California and an associate with the firm of Cutter Law, P.C., attorneys of record for the Plaintiff herein.

   2. Plaintiff hereby seeks an order of the Court for the appointment of Devecia Mayo as guardian ad litem to represent the interests of Roland Mayo, II.

-1-
Order Appointing Guardian Ad Litem

3. Appointment of a guardian is necessary because Roland Mayo, II, is cognitively disabled with a persistent seizure condition.

4. Devecia Mayo is Roland Mayo's wife.

5. I am confident that Devecia Mayo is qualified to understand and protect the rights and interests of plaintiff Roland Mayo, II, and to act as his guardian ad litem in the present action.

I declare under penalty of perjury that the foregoing is true and correct and if called to testify to any of the foregoing, I could do so competently.

Executed this 17 day of December, 2016, Sacramento, California

Dated: December 17, 2015          **CUTTER LAW, P.C.**


By:   */S/ John R. Parker, Jr.*
       C. Brooks Cutter
       John R. Parker, Jr.

       *Attorneys for Plaintiffs*

-2-
Order Appointing Guardian Ad Litem

## DECLARATION OF DEVECIA MAYO IN SUPPORT OF APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

I, Devecia Mayo, declare as follows:

1. I am a plaintiff to the present action and I am the wife of Roland Mayo, II, who is a Plaintiff to this action.

2. I reside at 9406 Laguna Point Way in Elk Grove, California.

3. I am able and willing to act as guardian ad litem for plaintiff Roland Mayo, II, in the instant action.

I declare under penalty of perjury that the foregoing is true and correct and if called to testify to any of the foregoing, I could do so competently.

Dated: December 17, 2015

_____
Devecia Mayo

**[PROPOSED] ORDER**

Based on the declarations provided, the Court finds that it is reasonable and necessary to appoint a guardian ad litem for the person named in the application as requested. It is hereby ordered that Devecia Mayo is appointed as the guardian ad litem for plaintiff Roland Mayo, II.

Dated: _____

District Judge Troy L. Nunley

-4-
Order Appointing Guardian Ad Litem