1  **CUTTER LAW, P.C.**
   C. Brooks Cutter, SBN 121407
2  John R. Parker, Jr., SBN 257761
   401 Watt Avenue
3  Sacramento, CA 95864
   Telephone: (916) 290-9400
4  Facsimile: (916) 669-4499
   E-mail: bcutter@cutterlaw.com
5         jparker@cutterlaw.com

6  Attorneys for *Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLAND MAYO, II, DELANIA KENTON, and SYNTHEA JONES, | Case No. 2:15-cv-01348-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER TO APPOINT DEVECIA MAYO AS GUARDIAN AD LITEM FOR PLAINTIFF ROLAND MAYO, II.** |
| UNITED STATES OF AMERICA, VETERAN'S ADMINISTRATION NORTHERN CALIFORNIA HEALTH CARE, and DOES 1 through 100, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

Based on the declarations provided, the Court finds that it is reasonable and necessary to appoint a guardian ad litem for the person named in the application as requested. It is hereby ordered that Devecia Mayo is appointed as the guardian ad litem for plaintiff Roland Mayo, II.

Dated:  December 18, 2015

_____
Troy L. Nunley
United States District Judge