UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MAYO, II, et al., | No. 2:15-cv-1348 CKD |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pending before the court is plaintiffs' motion to approve settlement. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents in support and the statement of non-opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The hearing date of June 29, 2016 on plaintiffs' motion to approve settlement is vacated.

2. The motion to approve settlement (ECF No. 34) is granted. The compromise of the claims of plaintiffs Roland Mayo, II, Delania Kenton and Synthea Jones is approved.

3. Dispositional documents shall be filed no later than July 8, 2016.

Dated: June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mayo1348.sett