PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MAYO, II; DELANIA KENTON; AND SYNTHEA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  2:15-cv-01348-CKD<br><br>**JOINT STATUS REPORT REGARDING DISPOSITIONAL DOCUMENTS; STIPULATION AND PROPOSED ORDER RE DISPOSITIONAL DOCUMENTS** |

The parties notified the Court that they had settled this matter on May 25, 2016.  (Dkt. No. 33). Plaintiffs' unopposed motion to approve the compromise (in view of Mr. Mayo's guardianship) was granted June 6, 2016.  (Dkt. No. 36).  That order also required dispositional documents to be filed by July 8, 2016.  The United States immediately submitted the appropriate documents to the Judgment Fund (for processing of payment), but the package is still under review and it appears unlikely that the settlement will be funded before July 8.  Plaintiff is unwilling to dismiss before funds are actually received.  Therefore, the parties hereby stipulate, and propose, that the Court relieve them of filing the dispositional documents by July 8, 2016, and instead require a joint status report every 45 days until dispositional documents are filed. Respectfully submitted,

DATED:  July 7, 2016

          PHILLIP A. TALBERT
          Acting United States Attorney

By:   */s/ Gregory T. Broderick*
       GREGORY T. BRODERICK
       Assistant United States Attorney

By:   */s/ John R. Parker(auth. July 7, 2016)*
       JOHN R. PARKER
       Attorney for Plaintiffs

**PROPOSED ORDER**

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The parties are relieved of the requirement to file dispositional documents by July 8, 2016; and

2. The parties shall file a joint status report every 45 days until dispositional documents are filed.

**IT IS SO ORDERED**.

Dated:  July 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE