PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MAYO, II, DELANIA KENTON, AND SYNTHEA JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.  2:15-cv-01348-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL** |

On May 25, 2016, the parties notified the Court that this matter had settled and that the parties were working diligently to complete payment and would file a dismissal thereafter.  (Dkt. No. 33).  The parties subsequently provided a joint status report advising that payment was the only step remaining.  (Dkt. No. 37).  Payment has now been made.  Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice.  Rule 41(a) provides, in relevant part, that the parties may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."  Thus, the parties hereby stipulate and propose that the Court enter an Order vacating all dates in this matter and dismissing this case with prejudice.

Respectfully submitted,

DATED: August 2, 2016         PHILLIP A. TALBERT
                              Acting United States Attorney

                         By:  */s/ Gregory T. Broderick*
                              GREGORY T. BRODERICK
                              Assistant United States Attorney

DATED: August 2, 2016    By:  */s/ John R. Parker, Jr.* (authorized 08/02/2016)
                              JOHN R. PARKER, JR.
                              Attorney for Plaintiffs

**Stip. and Proposed Order re Dismissal**                                                    1

**PROPOSED ORDER**

Based on the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED THAT**:**

1. All dates in this matter are hereby vacated; and
2. This action is dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated:  August 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE